Sheehan & Associates, P.C.  60 Cuttermill Rd Ste 409, Great Neck NY 11021-3104
spencer@spencersheehan.com  tel. 516.268.7080   fax 516.234.7800

March 9, 2021

District Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  1:20-cv-10937-JMF
Alonzo v. William Grant & Son, Inc.

Dear District Judge Furman:

This office represents the Plaintiff. In accordance with your Honor's Individual Rules and Practices in Civil Cases ("Individual Rules"), Rule 1(E), Plaintiff requests an adjournment of the initial conference and submissions. ECF No. 5, Dec. 28, 2020.

The original date for the initial conference is Thursday, March 18, 2021, at 3:30 PM and the accompanying submission of the joint letter, proposed civil case management plan and scheduling order are required to be submitted no later than Thursday, March 11, 2021. ECF No. 5. The proposed new date for the initial conference is Friday, May 21, 2021 with the accompanying submissions due Thursday, May 13, 2021.

The reason for this request is because Defendant recently executed and returned a waiver of service on Friday, March 5, 2021. Defendant's answer or response to the complaint is due on Tuesday, May 4, 2021. The parties request an adjournment so that Defendant may use the time granted by waiving service to evaluate and formulate its response to the complaint.

Defendant consents to this request. There have been no previous requests for adjournments of the initial conference and accompanying submissions. No previous request was granted or denied. This request is submitted at least 48 hours prior to the time by which the initial conference submissions are required. Thank you.

Respectfully submitted,

/s/Spencer Sheehan

Application GRANTED.  The initial pretrial conference currently scheduled for March 11, 2021 is ADJOURNED to **May 20, 2021** at **3:15 p.m.**  The Clerk of Court is directed to terminate ECF No. 9. SO ORDERED.

March 9, 2021

Certificate of Service

I certify that on March 9, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan