UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RICHARD ALONZO, *individually and on behalf of all* :
*others similarly situated*, :
: 20-CV-10937 (JMF)
Plaintiff, :
: ORDER
-v- :
:
WILLIAM GRANT & SONS, INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On May 4, 2021, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

    Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **May 25, 2021**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

    If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

    If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **May 25, 2021**. Defendant's reply, if any, shall be filed by **June 1, 2021**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

    Finally, it is further ORDERED that the initial pretrial conference previously scheduled for May 20, 2021 is adjourned *sine die*.

    SO ORDERED.

Dated: May 5, 2021
       New York, New York
                                           JESSE M. FURMAN
                                           United States District Judge