UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHEYENNE PAYDAR, *individually and on behalf of all* :
*others similarly situated*, :
: 20-CV-10937 (JMF)
:
Plaintiff, :
: ORDER
-v- :
:
WILLIAM GRANT & SONS, INC., :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* ECF No. 30, Defendant's earlier motion to dismiss filed at ECF No. 13 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **July 29, 2021**. Defendant's reply, if any, is due by **August 5, 2021**.

The Clerk of Court is directed to terminate ECF No. 13 and, in light of the substitution of Cheyenne Paydar for Richard Alonzo as Plaintiff in the First Amended Complaint, to conform the docket to the caption of this Order.

SO ORDERED.

Dated: July 16, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge